IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADONIS LARAY MCKISIC,

    Petitioner,

      v.

CIVIL ACTION FILE
NO. 1:17-CV-773-TWT

THEODORE JACKSON,

    Respondent.

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of June, 2017.


        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge


T:\ORDERS\17\McKisic\r&r.wpd